**Order entered February 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01539-CV

**GROVER SHIELDS, SHIELDS MANAGEMENT GROUP, L.L.C., AND DFW OPEN MRI, L.P., Appellants**

**V.**

**ROBERT SHIELDS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08556**

## ORDER

Before the Court is appellee's February 8, 2019 unopposed first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellee's brief due on or before March 4, 2019.

Because the January 8, 2019 clerk's record contained documents from a case unrelated to this one, we requested a corrected clerk's record which was filed January 14, 2019. We **STRIKE** the January 8, 2019 clerk's record.

/s/     BILL WHITEHILL
JUSTICE